ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Continental Controls and Design, Inc. ) ASBCA No. 60546
)
Under Contract No. W31P4Q-05-C-R203 )

APPEARANCES FOR THE APPELLANT: Victor G. Klingelhofer, Esq.
C. Kelly Kroll, Esq.
Cohen Mohr LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Kara M. Klaas, Esq.
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 24 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60546, Appeal of Continental Controls and Design, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals